SCHULTZ, Respondent, v. VOGEL, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by Louise Schultz against Louis Vogel, impleaded with others. F. N. Van Zandt, for appellant. Albert C. Aubery, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SCHWARZENBACH, Respondent, v. MORAN, Appellant. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by Robert J. F. Schwarzenbach against James H. Moran. H. C. Henderson, for appellant. E. A. Pfeffer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re SCOTT. (Supreme Court, Appellate Division, First Department. December 8, 1911.) In the matter of Mary O. Scott. No opinion. Motion granted, with $10 costs. Order filed.

SEASONGOOD v. PRAGER. (Supreme Court, Appellate Division, First Department. December 8, 1911.) Action by Clifford Seasongood against Henry L. Prager. No opinion. Motion denied, with $10 costs. Order filed. See, also, 131 N. Y. Supp. 771.

SEBRING, Appellant, v. LEARY, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 29, 1911.) Action by James O. Sebring against Michael A. Leary. No opinion. Orders affirmed, with $10 costs and disbursements.

SEE, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by William See against the Nassau Electric Railroad Company.
PER CURIAM. Judgment of the County Court of Kings county affirmed with costs.
HIRSCHBERG and WOODWARD, JJ., dissent.

SEEBACH v. FENKART (two cases). (Supreme Court, Appellate Division, First Department. December 8, 1911.) Actions by John Seebach against Charles Fenkart. No opinion. Applications denied, with $10 costs. Orders signed. See, also, 131 N. Y. Supp. 578.

SEWELL, Respondent, v. PELL et al., Appellants. (Supreme Court, Appellate Division, First Department. January 19, 1912.) Action by Harry Sewell against Stephen H. P. Pell and others. J. E. Murphy, for appellants. H. Thompson, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed.
INGRAHAM, P. J., and SCOTT, J., dissent.

SICHEL v. STODDARD. BARRETT v. L. C. DANIELS CO. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Actions by C. Clarence Sichel against Charles H. Stoddard and by Robert E. Barrett against L. C. Daniels Company. No opinion. Applications denied, with $10 costs. Orders signed. See, also, 131 N. Y. Supp. 1144.

SICKLES, Respondent, v. VILLAGE OF GREEN ISLAND, Appellant. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by William H. Sickles against the Village of Green Island. No opinion. Judgment and order unanimously affirmed, with costs.

SIEGEL v. CANTWELL et al. (Supreme Court, Appellate Term. January 5, 1912.) Appeal from Municipal Court, Borough of the Bronx, Second District. Action by Louis Siegel against John M. Cantwell and another. From a judgment sustaining a demurrer to the complaint, plaintiff appeals. Appeal dismissed. Edward H. Kelly, for appellant. Oliver E. Davis, for respondent Cantwell.
PER CURIAM. Appeal dismissed, with $10 costs and disbursements, on authority of Binder v. Robinson, 59 Misc. Rep. 155, 110 N. Y. Supp. 229, and Smith v. Ely, 46 Misc. Rep. 458, 92 N. Y. Supp. 310.

In re SIMMONS et al. (Supreme Court, Appellate Division, Second Department. December 15, 1911.) In the matter of the application of J. Edwards Simmons and others, etc., to acquire real estate, etc. Hill View Reservoir, section No. 1. No opinion. Order reversed, with $10 costs and disbursements, on the authority of Matter of Simmons, 141 App. Div. 120, 125 N. Y. Supp. 697, and motion to confirm award granted, with costs.

In re SIMMONS et al. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) In the matter of the application and petition of J. Edward Simmons and others to acquire real estate, etc. Hill View Reservoir, section No. 2, parcel No. 118. No opinion. Order affirmed, with $10 costs and disbursements.

In re SIMMONS et al. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) In the matter of the application and petition of J. Edward Simmons and others to acquire real estate, etc. Hill View Reservoir, section No. 2, parcels Nos. 95 and 117.
PER CURIAM. Order (71 Misc. Rep. 152, 128 N. Y. Supp. 724) affirmed as to both parcels, with $10 costs and disbursements.
JENKS, P. J., not voting.

In re SLOBODER. (Supreme Court, Appellate Division, First Department. November 24, 1911.) In the matter of Isaac Sloboder. No opinion. Order (131 N. Y. Supp. 1003) affirmed, with $10 costs and disbursements. Order filed.